# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| DANIELLE EDMONSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:20-cv-1857-MHH-GMB |
| ) | |
| CHAD GARRETT, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM OPINION AND ORDER**

In the report he entered on December 14, 2022, the Magistrate Judge recommended that the Court dismiss Ms. Danielle Edmonson's § 2241 habeas petition for lack of jurisdiction. (Docs. 1, 19). The Magistrate Judge also recommended that the Court deny Ms. Edmonson's pending motions, which the Court may not resolve if it lacks jurisdiction over this habeas proceeding. (Docs. 12, 16, 19).

After the Magistrate Judge entered his report, Ms. Edmonson filed an "Affidavit in the Form of Notice Counter-Claim & Affirmative Defense by First Priority line holder Express Trust for Property Recovery" dated December 22, 2022, which the Court construes as an objection to the report. (Doc. 20). A district judge must "make a *de novo* determination of those portions of the [magistrate judge's]

report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

In her filing/objection, Ms. Edmonson does not address the recommendation of the Magistrate Judge but instead reasserts that she is an "aboriginal Moorish american national" and attaches a "non-UCC Financing Statement" to support her argument. (Doc. 20, pp. 1–2). Ms. Edmonson's arguments do not address the jurisdictional flaw in her habeas petition. The magistrate judge's analysis of that flaw is sound. (Doc. 19, pp. 2-5).[1] Accordingly, the Court overrules Ms. Edmonson's objection.

After review of the record in this case and the Magistrate Judge's report, the Court adopts the report and accepts the recommendation. Consistent with the recommendation, by separate order, the Court will dismiss Ms. Edmonson's § 2241 habeas petition concerning her federal criminal conviction and sentence for lack of jurisdiction. The Court denies Ms. Edmonson's motions to expedite and for default judgment (Doc. 12) and to compel judgment (Doc. 16).

**DONE** and **ORDERED** this January 10, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

---

[1] In her amended petition, Ms. Edmonson indicated that she seeks relief under § 2255, (Doc. 8, p. 4), but a defendant must pursue a § 2255 motion in the sentencing court. As Ms. Edmonson acknowledges, this Court did not sentence her.